# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**EMMANUEL COLÓN-LÓPEZ ; ET AL.,**

   **Plaintiffs,**

           **v.**                            **CIVIL NO. 23-1595 (PAD)**

**DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS OF PUERTO RICO; ET AL.,**

   **Defendants**.

## JUDGMENT

In accordance with the Order issued today (Docket No. 46), judgment is hereby entered dismissing plaintiffs' claims under 42 U.S.C. §§ 1983, 1985(3) with prejudice. Plaintiffs' claims under Art. 1538 of the Puerto Rico Civil Code of 2020 are dismissed without prejudice.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 7th day of February, 2025.

                                                      s/Pedro A. Delgado-Hernández
                                                      PEDRO A. DELGADO-HERNÁNDEZ
                                                      United States District Judge